IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOEL S. BERK, )
 )
    Plaintiff )
 )
v. )
 ) Case No. 05-2427-CM
BUILDERS PUBLISHING COMPANY, INC. )
 )
    Defendant. )

ANSWER AND COUNTERCLAIM

Comes now defendant Builders Publishing Company, Inc. ("Builders Publishing") by and through counsel, and for its Answer to plaintiff's Complaint alleges and states as follows:

FIRST DEFENSE

1. is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1;

2. denies that defendant's principal place of business is at Suite 1A, but admits the remaining allegations of paragraph 2;

3. admits only that paragraph 3 purports to state the jurisdictional basis of this action under 29 U.S.C. § 216(b) and is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 3;

4. admits the allegations of paragraph 4;

5. denies the allegations of paragraph 5;

6. is without knowledge or information sufficient to form a belief as to the allegations of paragraph 6;

7. is without knowledge or information sufficient to form a belief as to the allegations of paragraph 7;

8. is without knowledge or information sufficient to form a belief as to the allegations of paragraph 8;

9. is without knowledge or information sufficient to form a belief as to the allegations of paragraph 9;

10. denies the allegations of paragraph 10 and specifically denies that defendant has willfully failed to pay plaintiff overtime;

11. in response to the allegations of paragraph 11, incorporates its responses at paragraphs 1—10 of its Answer as though fully stated herein;

12. denies the allegations of paragraph 12 and specially denies that plaintiff is entitled to unpaid overtime compensation, liquidated damages or attorney's fees and costs from defendant;

13. denies plaintiff is entitled to any relief requested;

14. denies each and every allegation of plaintiff's Complaint not specifically admitted.

## SECOND DEFENSE

Plaintiff's Complaint is barred in whole or in part because plaintiff has been fully compensated.

## THIRD DEFENSE

Plaintiff's Complaint is barred in whole or in part because of the applicable statute of limitations under 29 U.S.C. § 255(a).

## FOURTH DEFENSE

Plaintiff's Complaint is barred in whole or in part because plaintiff was an exempt employee under the Fair Labor Standards Act, 29 U.S.C. § 213.

## FIFTH DEFENSE

Plaintiff's claims for liquidated damages, attorney's fees and costs are barred in whole or in part because defendant acted in good faith.

## SIXTH DEFENSE

Plaintiff's claims for liquidated damages, attorney's fees and costs are barred in whole or in part because defendant had reasonable grounds for believing that any act or omission was

not a violation of the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 et seq.

### SEVENTH DEFENSE

Plaintiff's claims are barred on whole or in part because plaintiff fails to state a claim upon which relief can be granted.

Defendant reserves the right to amend its Answer; to add additional or other affirmative defenses; to delete or withdraw affirmative defenses; and to add such counterclaims as may become necessary after reasonable opportunity for discovery.

Wherefore defendant Builders Publishing Company, Inc. requests that the Court dismiss plaintiff's Complaint in its entirety, award defendant its attorney's fees and costs and for such other and further relief the Court deems just and proper.

### COUNTERCLAIM

Comes now defendant Builders Publishing Company, Inc. ("Builders Publishing") by and through counsel and for its counterclaim against plaintiff Joel S. Berk states and alleges as follows:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1367(a).

2. Venue lies in this court pursuant to 28 U.S.C. § 1391.

3. Plaintiff is as identified in paragraph 1 of the Complaint.

4. Builders Publishing is a Kansas corporation doing business with its principal place of business at 11221 Roe Avenue, Suite 9A, Leawood, Kansas 66211.

5. Plaintiff was employed by Builders Publishing beginning approximately May 5, 2003 and ending with his resignation in October 2005.

6. During his employment, plaintiff received from defendant commissions not earned, vested or accrued at the date of his resignation in an amount of at least six thousand nine hundred dollars ($6,900.00).

7. Plaintiff knew he had received these commissions paid by defendant but not earned, vested or accrued by plaintiff at the date of his resignation.

3

8. Plaintiff converted these commissions paid by defendant but not earned, vested or accrued by plaintiff at the date of his resignation to his use.

9. Plaintiff is unjustly enriched by his retention/conversion of these commissions paid by defendant but not earned, vested or accrued by plaintiff.

10. Plaintiff's retention/conversion of these commissions paid by defendant but not earned, vested or accrued at the date of his resignation while suing for additional compensation is inequitable.

Wherefore, Builders Publishing Company, Inc. requests this Court enter judgment in its favor and against plaintiff on defendant's counterclaim in an amount equal to all commissions paid by defendant but not earned by, vested or accrued to plaintiff which amount is at least six thousand nine hundred dollars ($6,900.00), its attorney's fees and costs and for such further relief as the Court deems just, proper and equitable.

Respectfully Submitted by

/s/ Eric J. Aufdengarten
Stephen D. Kort          KS Bar No. 11634
Eric J. Aufdengarten     KS Bar No. 21289
Carlson Kort L.C.
800 West 47th Street, Suite 320
Kansas City MO 64112-1241
Telephone: (816) 931-7878
Fax: (816) 931-7077
email:  skort@carlsonkort.com
        eaufdengarten@carlsonkort.com
Counsel to Defendant,
Builders Publishing Company, Inc.

Certificate of Service

Counsel for defendant certifies that on this 23rd day of December, 2005, it electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Barry Grissom, 7270 W. 98th Street, Building 7, Suite 220, Overland Park, KS 66212, attorney for plaintiff.

/s/ Eric J. Aufdengarten
Counsel to Defendant

4