IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOEL S. BERK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 05-2427-DJW |
| BUILDERS PUBLISHING COMPANY, ) | |
| INC. ) | |
| ) | |
| Defendant. ) | |

PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)

Come now plaintiff Joel S. Berk, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a) stipulates to dismissal of plaintiff's claims alleged in this matter with prejudice, with no award of counsel fees or costs by the Court and each party to bear his/its own cost and expense.

Respectfully submitted by:

| | |
|---|---|
| /a Barry R. Grissom | /s/ Stephen D. Kort |
| Barry R. Grissom   Ks Bar No. 10866 | Stephen D. Kort        KS Bar No.11634 |
| Attorney at Law | Eric J. Aufdengarten   KS Bar No. 21289 |
| 7270 W. 98th Street Terrace | By Carlson Kort LC |
| Building 7, Suite 220 | 800 W. 47th Street, Suite 300 |
| Overland Park, KS 66212 | Kansas City, MO 64112-1241 |
| Phone: (913) 341-6616 | Telephone: (816) 931-7878 |
| Fax: (913) 341-4780 | Fax: (816) 931-7077 |
| email: brgrissom @printmail.com | Email: skort@carlsonkort.com |
| Attorney for Plaintiff Joel S. Berk | eaufdengarten@carlsonkort.com |
| | Attorneys for Defendant |
| | Builders Publishing Company Inc. |