IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOEL S. BERK, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   Case No. 05-2427-DJW |
| BUILDERS PUBLISHING COMPANY, | ) |
|    INC. | ) |
| | ) |
|    Defendant. | ) |

DEFENDANT'S STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)

Come now plaintiff Defendant Builders Publishing Company Inc., by and through counsel, and pursuant to Fed. R. Civ. P. 41(a) stipulates to dismissal of defendant's counterclaim alleged in this matter with prejudice, with no award of counsel fees or costs by the Court and each party to bear his/its own cost and expense.

Respectfully submitted by:

/a Barry R. Grissom
Barry R. Grissom    Ks Bar No. 10866
Attorney at Law
7270 W. 98th Street Terrace
Building 7, Suite 220
Overland Park, KS 66212
Phone: (913) 341-6616
Fax: (913) 341-4780
email: brgrissom @printmail.com
Attorney for Plaintiff Joel S. Berk

/s/ Stephen D. Kort
Stephen D. Kort         KS Bar No.11634
Eric J. Aufdengarten   KS Bar No. 21289
By Carlson Kort LC
800 W. 47th Street, Suite 300
Kansas City, MO 64112-1241
Telephone: (816) 931-7878
Fax: (816) 931-7077
Email: skort@carlsonkort.com
        eaufdengarten@carlsonkort.com
Attorneys for Defendant
Builders Publishing Company Inc.